RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DANIEL C. COE
Assistant Federal Public Defender
Nevada State Bar No. 9532
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
dan_coe@fd.org

Attorney for MISTY DAWN HOMNACK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MISTY DAWN HOMNACK,<br><br>        Defendant. | Case No. 2:11-cr-223-JAD-CWH-3<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Daniel C. Coe Assistant Federal Public Defender, counsel for Misty Dawn Homnack that the Revocation Hearing currently scheduled on Monday, July 31, 2017 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review and investigate the allegations in the petition.

2. The parties agree to the need for a continuance.

3. Defendant is not detained and does not object to a continuance.

4. The conditions of supervision have recently been modified to include residing at the Residential Re-entry Center so that the defendant may participate in the C.A.R.E. Program.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 18th day of July, 2017.

| RENE L. VALLADARES | STEVEN W. MYHRE, |
|---|---|
| Federal Public Defender | Acting United States Attorney |
| | |
| */s/ Daniel C. Coe* | */s/ Kimberly M. Frayn* |
| By_____ | By_____ |
| DANIEL C. COE | KIMBERLY M. FRAYN |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MISTY DAWN HOMNACK,<br><br>    Defendant. | Case No. 2:11-cr-223-JAD-CWH-3<br><br>**ORDER** |

Based on the Stipulation of counsel, the interests of justice and good cause appearing;

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Monday, July 31, 2017 at 10:30 a.m., be vacated and continued to October 2, 2017 at the hour of 10:00 a.m.

DATED this 18th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE