RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DANIEL C. COE
Assistant Federal Public Defender
Nevada State Bar No. 9532
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
dan_coe@fd.org

Attorney for MISTY DAWN HOMNACK

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-223-JAD-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| MISTY DAWN HOMNACK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Daniel C. Coe, Assistant Federal Public Defender, counsel for Misty Dawn Homnack, that the Revocation Hearing currently scheduled on Monday, October 2, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The defendant is successfully complying with her court ordered obligations.

2.      Counsel for the defendant needs additional time to complete the petition.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for a continuance of the revocation hearing.

DATED this 29 day of September, 2017.


RENE L. VALLADARES                         STEVEN W. MYHRE
Federal Public Defender                    Acting United States Attorney


By /s/ Daniel C. Coe                       By /s/ Kimberly M. Frayn
DANIEL C. COE                              KIMBERLY M. FRAYN
Assistant Federal Public Defender          Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

MISTY DAWN HOMNACK,

              Defendant.

Case No. 2:11-CR-223-JAD-CWH

**ORDER**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, October 2, 2017 at 10:00 a.m., be vacated and continued to December 1, 2017 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

      DATED this 2nd day of October, 2017.

_____

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

3