# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MISTY DAWN HOMNACK,

    Defendant.

Case No. 2:11-CR-223-JAD-CWH-3

**ORDER**

ECF No. 287

Based on the Stipulation of counsel, the interests of justice and good cause appearing;

IT IS THEREFORE ORDERED that the Court modify Defendant's conditions of supervision as outlined in the petition, dismiss the government's petition and vacate the revocation hearing scheduled for January 17, 2018 at 1000 am before this Honorable Court. The Defendant is ordered to continue on supervision.

The conditions are modified as follows:

1. Special condition #3 (the substance abuse treatment) no longer applies.
2. Special condition #4 is modified to remove the mental health treatment program.

DATED: 1/17/2018

_____
UNITED STATES DISTRICT JUDGE